No. 74–1335. Ringgold et al. v. Borough of Collingswood. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question. Mr. Justice Brennan, Mr. Justice Marshall, and Mr. Justice Blackmun would vacate judgment and remand case for further consideration in light of *Hynes* v. *Mayor of Borough of Oradell*, 425 U. S. 610 (1976). Mr. Justice Stevens took no part in the consideration or decision of this case.

No. 75–1410. Poindexter v. Texas. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1449. Williams v. Williams. Appeal from Sup. Ct. Okla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–6574. Abrevaya v. Behar. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.